DORSEY *vs.* SMITH.—June, 1828.

An appeal from the order of the chancellor dissolving an injunction will not lie. It is an abuse of the right of appeal, and will be censured accordingly.

APPEAL from the Court of Chancery from an order of the Chancellor, dissolving an injunction obtained by the appellant

.against the appellee, enjoining him from proceeding on a judg-ment at law.

Motion on the part of the appellee to dismiss the appeal; and it was ruled by the court that the appellant show cause, &c on or before, *&c.* Before which day the appellant, in person, dis-missed his appeal.

*R. Johnson,* for the Appellee, (not knowing that the appel-lant had dismissed his appeal,) called the attention of the court to the motion, heretofore made in this case, to dismiss the ap-peal—the rule on the appellant to show cause, *&c.* having been served, &c. He stated that it was an appeal from an order of the chancellor, dissolving an injunction, which had been before then issued to stay the appellee from proceeding against the ap-pellant upon a judgment at law.

THE COURT. It appearing that the appellant has himself dis-missed the appeal, the motion is necessarily disposed of; but as it may be advantageous to have the opinion of the court known as to the legality of appeals from orders of this kind, the court take this occasion to declare that they are unanimously of opi-nion that such appeals will not lie, and that they will consider them an abuse of the right to appeal, and will censure them ac-cordingly.

APPEAL DISMISSED.